IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.           CASE NO. 1:08-cv-00089-MP-AK

TWO STEEL DIESEL FUEL TANKS,

    Defendant.
_____/

## DECREE OF FORFEITURE

This matter is before the Court on Doc. 7, Motion for Decree of Forfeiture, filed by the Government.  On April 28, 2008, a Verified Complaint of Forfeiture In Rem against the defendant property, Two Steel Diesel Fuel Tanks, was filed on behalf of the Government.  The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning June 7, 2008, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

That the government provided notice of this forfeiture action to all known interested parties, except John Roger Sager, who is currently a fugitive.

That no person or entity has filed a claim.

NOW THEREFORE, on Motion of the Plaintiff, United States of America, for a Decree

of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

1. The Motion for Decree of Forfeiture (Doc. 7) is GRANTED.

2. Defendant property, Two Steel Diesel Fuel Tanks, shall be forfeited to the United States of America, and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this   *14th* day of April, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge